IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STEVEN D. PRUITT                                                                                        PLAINTIFF

V.                              CIVIL ACTION NO. 2:15-cv-2265-MEF

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                                    DEFENDANT

**FINAL JUDGMENT**

      This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying his claim for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and having heard oral argument, finds as follows, to-wit:

      Consistent with the Court's ruling from the bench following the parties' oral argument, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

      Remand is again necessary to allow the ALJ to reassess the Plaintiff's RFC. On remand, the ALJ is directed to reconsider the evidence of record, including the examinations documenting severe atrophy, weakness, diminished range of motion, and decreased pinprick sensation in the Plaintiff's left upper extremity and to include all limitations arising from these impairments in his RFC determination. Further, the ALJ is directed to prepare and submit appropriate hypothetical

questions to the vocational expert to determine if any jobs exist in significant numbers in the national economy that the Plaintiff could perform.

     IT IS SO ORDERED AND ADJUDGED on this the 13th day of December, 2016.

                                        /s/ *Mark E. Ford*
                                        HON. MARK E. FORD
                                        UNITED STATES MAGISTRATE JUDGE